UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2012 AUG -3 PM 12:24

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY /IV/ DEPUTY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LAWSON HARDRICK,

    Defendant.

CASE NO. 11CR976-H

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

18USC2252(a)(4)(B) - POSSESSION OF IMAGE OF MINORS ENGAGED IN

SEXUALLY EXPLICIT CONDUCT

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 2, 2012

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE